IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

|  |  |  |
|---|---|---|
| **DISABILTY RIGHTS MARYLAND,** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: GJH-21-3001 |
| **PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

For the reasons discussed in the virtual Motion Hearing held on February 16, 2022, it is ordered by the United States District Court for the District of Maryland that:

1. Plaintiff's Motion for Preliminary Injunction, ECF No. 7, is **DENIED**;

2. Defendant's Motion to Amend, ECF No. 24, is **GRANTED**; and

3. The Parties shall submit a joint status report on or before March 3, 2022 providing either an agreed upon schedule for discovery and summary judgment briefing or competing proposals to be resolved by the Court during a conference call on March 4, 2022 at 9am.

Dated: February 25, 2022                                    /s/_____
                                                            GEORGE J. HAZEL
                                                            United States District Judge